UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CHARLES KELVIN SMITH

VERSUS

UNITED STATES PAROLE COMMISSION

CIVIL ACTION

NO. 12-61-BAJ-DLD

**RULING**

The Court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated May 17, 2012 (doc. no. 10) to which no objection has been filed.

The Court hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein. Accordingly, the petitioner's motions for mandamus and for injunctive relief are DENIED and his application for habeas corpus relief is DISMISSED, with prejudice.

Baton Rouge, Louisiana, this 18th day of June, 2012.

BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA